# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 4, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132883(85)

SUSAN C. CHILDERS,
      Plaintiff-Appellee,

v

LEAR AUTOMOTIVE SYSTEMS and
ZURICH AMERICAN INSURANCE COMPANY,
      Defendants-Appellants.

SC: 132883
COA: 272806
WCAC: 04-000464

_____

      On order of the Chief Justice, the request by defendants-appellants that their motion for reconsideration be withdrawn is considered and the motion is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 4, 2007

_____
Clerk